**Order entered May 20, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00364-CR**
**No. 05-21-00365-CR**

**EX PARTE AUSTIN RUCKER**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. WX21-90235-Y & W10-71844-Y(A)**

**ORDER**

The Court has filed appellant's notices of appeal from the trial court's orders denying relief on his post-conviction applications for writ of habeas corpus. These are accelerated appeals and are governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare certifications of appellant's right to appeal and to file them with the clerk's records.

We **ORDER** the Dallas County District Clerk to file the clerk's records by **June 4, 2021**. We **ORDER** that the clerk's records contain copies of the applications for writ of habeas corpus, any responses to the writ applications filed by the State, any other documents related to the writ applications, the trial

court's orders ruling on the writ applications, any findings of fact on the writ applications that the trial court has entered, the certifications of appellant's right to appeal, and any other documents filed with the clerk that the parties request.

We **ORDER** the court reporter to file, by **June 4, 2021**, either the reporter's record of the hearings on the writ applications or written verification that no hearings were conducted.

Appellant's brief or briefs will be due thirty days after the records are filed. After the records and briefs are filed, the Court will notify the parties by letter of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; Patricia Holt, official court reporter, Criminal District Court No. 7; Felicia Pitre, Dallas County District Clerk; and counsel for all parties.

/s/     LANA MYERS
          JUSTICE